IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KAREN ELAINE NORRIS, #219214, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:12cv937-MHT (WO) |
| KARLA JONES and FRANK ALBRIGHT, | ) ) ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining that the defendant prison officials violated her rights by placing her in segregation, increasing her custody level, and requiring her to wear leg irons whenever she leaves her cell, all allegedly without valid justification. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of October, 2014.

                      /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE